(May 10, 1943.)

CARL H. ANDERSON, Appellant, v. EDWIN E. C. PICKWOOD, Respondent.—

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.